FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 25, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT WILLIAM WINTERS,<br><br>Defendant. | No. 2:20-CR-00083-TOR-1<br><br>ORDER GRANTING MOTION TO QUASH ARREST WARRANT<br><br>**MOTION GRANTED**<br>   **(ECF No. 31)** |

   Before the Court is Defendant's Unopposed Motion to Quash Arrest Warrant, **ECF No. 31**.  Defendant recites in his motion that neither the United States nor U.S. Probation oppose this request.

   The Court notes that the substance abuse treatment program Defendant was participating in temporarily suspended operations due to COVID-19 considerations.  The Defendant attempted to return to custody per this Court's earlier order, but the jail refused to admit Defendant.  Further, Defendant has remained at an address known to Pretrial Services and has stayed in contact with counsel.  After reviewing records and files, and these circumstances, the Court is fully informed and hereby grants the motion.

   **IT IS ORDERED** Defendant's Motion, **ECF No. 31,** is **GRANTED**.  The Clerk of Court shall quash the arrest warrant.

   Defendant shall comply with conditions 1 through 10 in the previous release

ORDER - 1

order, **ECF No. 27,** and shall resume substance abuse treatment at American Behavioral Health Systems on September 1, 2020, or whenever it becomes available.

**IT IS SO ORDERED.**

DATED August 25, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2